Same case below, 55 So. 3d 515.

**No. 10-10723. Ronnie Franklyn Hood, Petitioner v. Herb Jackson, Superintendent, Brown Creek Correctional Institution.**

565 U.S. 846, 132 S. Ct. 164, 181 L. Ed. 2d 78, 2011 U.S. LEXIS 6232.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 414 Fed. Appx. 520.

**No. 10-10724. Hector Ernesto Hernandez, Petitioner v. United States.**

565 U.S. 846, 132 S. Ct. 164, 181 L. Ed. 2d 78, 2011 U.S. LEXIS 6606.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 412 Fed. Appx. 706.

**No. 10-10725. Shane Marcus Hunt, Petitioner v. United States.**

565 U.S. 846, 132 S. Ct. 164, 181 L. Ed. 2d 78, 2011 U.S. LEXIS 6073.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

**No. 10-10728. Jermaine Hardy, Petitioner v. Kurt Jones, Warden.**

565 U.S. 846, 132 S. Ct. 164, 181 L. Ed. 2d 78, 2011 U.S. LEXIS 5972.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-10729. Jonathan Irons, Petitioner v. Dave Dormire, Superintendent, Jefferson City Correctional Center.**

565 U.S. 846, 132 S. Ct. 165, 181 L. Ed. 2d 78, 2011 U.S. LEXIS 6446.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Missouri denied.

**No. 10-10730. Raymond Franklin, Petitioner v. Georgia.**

565 U.S. 846, 132 S. Ct. 165, 181 L. Ed. 2d 78, 2011 U.S. LEXIS 5981.

October 3, 2011. Petition for writ of certiorari to the Court of Appeals of Georgia denied.

Same case below, 305 Ga. App. 354, 699 S.E.2d 575.

**No. 10-10732. Glenford Edward Ennis, Petitioner v. Dwight Neven, Warden, et al.**

565 U.S. 846, 132 S. Ct. 165, 181 L. Ed. 2d 78, 2011 U.S. LEXIS 6129.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 415 Fed. Appx. 794.

**No. 10-10733. Richard Lynn Dopp, Petitioner v. Oklahoma.**

565 U.S. 846, 132 S. Ct. 165, 181 L. Ed. 2d 78, 2011 U.S. LEXIS 6276.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Oklahoma denied.